# United States Court of Appeals

FOR THE

SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of July, two thousand ten,

Present:
    Barrington D. Parker,
    Peter W. Hall,
        *Circuit Judges*.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/15/2010
```

Fred Spagnola, individually and on behalf of others similarly situated, *et al.*,

    *Plaintiffs-Petitioners*,

v.

Great Northern Insurance Company, *et al.*,

    *Defendants-Respondents*.

10-1374-mv (L)
10-1375-mv (Con)

Petitioners, through counsel, move, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order denying Petitioners' motion for class certification. Upon due consideration, it is hereby ORDERED that the petition is GRANTED. The Petitioners are directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk



---

* Judge Pierre N. Leval, originally a member of the panel, recused himself subsequent to the date the motion was submitted. Because the remaining members of the Panel are in agreement, we have decided this case in accordance with § 0.14(b) of the rules of this Court.

SAO-AGC

CERTIFIED COPY ISSUED ON 7/14/2010